472 A.2d 239

Commonwealth v. Thomas, Appellant.

Submitted November 7, 1983. Robert L. Thomas, appellant, in propria persona; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The order of the learned Dauphin County Common Pleas Court Judge William W. Lipsitt is affirmed.

JOHNSON and POPOVICH, JJ., concurred in the result.